**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)*: _____   Chapter  11

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Hands On Premium Car Wash, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-0347829 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8445 Wicker Avenue<br>Saint John, IN 46373<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| Lake<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  **Hands On Premium Car Wash, LLC**                                             Case number (*if known*) _____
           Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. ☐ Yes. |
|---|---|---|

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **Hands On Premium Car Wash, LLC**     Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
   Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
         Contact name   _____
         Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000               ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million      ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000               ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   **Hands On Premium Car Wash, LLC**                                            Case number (*if known*)
         Name

☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   **Hands On Premium Car Wash, LLC**               Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 18, 2025**
              MM / DD / YYYY

X _____          **Douglas Miller**
Signature of authorized representative of debtor    Printed name

Title   **President**

**18. Signature of attorney**

X _____          Date  **February 18, 2025**
Signature of attorney for debtor                    MM / DD / YYYY

**Daniel L. Freeland**
Printed name

**Daniel L. Freeland & Associates, P.C.**
Firm name

**9105 Indianapolis Boulevard**
**Highland, IN 46322**
Number, Street, City, State & ZIP Code

Contact phone  **219.922.0800**     Email address  **Dlf9601@aol.com**

**6979-45 IN**
Bar number and State

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hands On Premium Car Wash, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 18, 2025__    X _/s/ Douglas Miller_
                                        Signature of individual signing on behalf of debtor

**Douglas Miller**
Printed name

**President**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Hands On Premium Car Wash, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO BOX 96001 Los Angeles, CA 90096 | | Business Credit Card | | | | $66,242.96 |
| American Express PO BOX 96001 Los Angeles, CA 90096 | | Business Credit Card | | | | $2,220.94 |
| AT&T PO BOX 5014 Carol Stream, IL 60197 | | Utilities | | | | $237.07 |
| Business Capital Providers 2501 Hollywood Blvd Ste 210 Hollywood, FL 33020 | | Business Loan | | | | $21,064.00 |
| Business Development Corporation 218 W Washington St 10th Floor South Bend, IN 46601 | | | | $181,258.96 | $0.00 | $181,258.96 |
| Capital One PO BOX 4069 Carol Stream, IL 60197 | | Business Credit Card | | | | $11,988.27 |
| Duke of Oil 8204 Calumet Avenue Munster, IN 46321 | | Lease Payment | | | | $11,666.00 |
| Elaine Karagan 1930 Cherrywood Ct Munster, IN 46321 | | Unpaid Rent and other fees | D | | | $21,981.62 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor   **Hands On Premium Car Wash, LLC**          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flagship Enterprise Center Inc 2701 Enterprise Dr Anderson, IN 46013 | | | | $152,899.60 | $0.00 | $152,899.60 |
| JPMCB P.O. Box 6294 Carol Stream, IL 60197 | | Business Credit Card | | | | $28,393.55 |
| JPMCB P.O. Box 6294 Carol Stream, IL 60197 | | Business Credit Card | | | | $28,393.55 |
| Liberis Financial PO BOX 245 Denver, CO 80201 | | Business Loan | | | | $62,633.19 |
| Mercury Financial Services PO BOX 639726 Cincinnati, OH 45263 | | Fees | | | | $1,171.17 |
| Nipsco PO Box 13007 Merrillville, IN 46411-3007 | | Utilities | | | | $6,603.50 |
| Old Plank Trail Community Bank, N.A. 3256 Ridge Road Lansing, IL 60438 | | Ground Lease | | $386,724.67 | $0.00 | $386,724.67 |
| S&S Industrial Supply 9040 Murphy Rd Woodridge, IL 60517 | | Supplies | | | | $324.96 |
| Sandra Miller 7441 Winchester Lane Schererville, IN 46375 | | Loan | | | | $17,796.38 |
| Town of Saint John Water 10955 W 93rd Ave Saint John, IN 46373 | | Utilities | | | | $1,263.13 |
| US Bank P.O. Box 790084 Saint Louis, MO 63179-0084 | | | | | | $38,798.24 |
| US Bank PO Box 2963 Portland, OR 97208-2963 | | Business Loan | | | | $32,747.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

In re   **Hands On Premium Car Wash, LLC**                              Case No. _____
                                    Debtor(s)                            Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **5,000.00** |
    | Prior to the filing of this statement I have received | $ **5,000.00** |
    | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                    _/s/ Daniel L. Freeland_____
*Date*                                        **Daniel L. Freeland**
                                              *Signature of Attorney*
                                              **Daniel L. Freeland & Associates, P.C.**
                                              **9105 Indianapolis Boulevard**
                                              **Highland, IN 46322**
                                              **219.922.0800  Fax: 219.922.1261**
                                              **Dlf9601@aol.com**
                                              *Name of law firm*

# United States Bankruptcy Court
## Northern District of Indiana

In re **Hands On Premium Car Wash, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Douglas Miller**<br>**651 Hillbrich Court**<br>**Dyer, IN 46311** | | | **60%** |
| **Edward Miller**<br>**1922 Robin Drive**<br>**Munster, IN 46321** | | | **40%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 18, 2025**           Signature _____
                                            **Douglas Miller**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re   Hands On Premium Car Wash, LLC                                  Case No. _____
                                              Debtor(s)                 Chapter   11

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   February 18, 2025

Douglas Miller/President
Signer/Title

AMANDA LOSQUADRO
120 S RIVERSIDE PLAZA
STE 1700
CHICAGO, IL 60606


AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES, CA 90096


AT&T
PO BOX 5014
CAROL STREAM, IL 60197


BUSINESS CAPITAL PROVIDERS
2501 HOLLYWOOD BLVD
STE 210
HOLLYWOOD, FL 33020


BUSINESS DEVELOPMENT CORPORATION
218 W WASHINGTON ST
10TH FLOOR
SOUTH BEND, IN 46601


CAPITAL ONE
PO BOX 4069
CAROL STREAM, IL 60197


CLIENT SERVICES INC
514 EARTH CITY EXPY
STE 310
EARTH CITY, MO 63045


CREATIVE CREDITOR 2 CUSTOMER SOLUTIONS
1455 LINCOLN PKWY
STE 550
ATLANTA, GA 30346


DOUGLAS MILLER
651 HILLBRICH COURT
DYER, IN 46311

```
DUKE OF OIL
8204 CALUMET AVENUE
MUNSTER, IN 46321


EDWARD MILLER
1922 ROBIN DRIVE
`
MUNSTER, IN 46321


EDWARD MILLER SR.
7441 WINCHESTER LANE
SCHERERVILLE, IN 46375


ELAINE KARAGAN
1930 CHERRYWOOD CT
MUNSTER, IN 46321


FIRSTSOURCE ADVANTAGE
205 BRYANT WOODS
BUFFALO, NY 14228


FLAGSHIP ENTERPRISE CENTER INC
2701 ENTERPRISE DR
ANDERSON, IN 46013


GENTLETOUCH CAR WASH LLC
8445 WICKER AVE
SAINT JOHN, IN 46373


JAMES YANNAKOPOULOS
425 JOLIET STREET
SUITE 425
DYER, IN 46311


JPMCB
P.O. BOX 6294
CAROL STREAM, IL 60197
```

LIBERIS FINANCIAL
PO BOX 245
DENVER, CO 80201

MERCURY FINANCIAL SERVICES
PO BOX 639726
CINCINNATI, OH 45263

NIPSCO
PO BOX 13007
MERRILLVILLE, IN 46411-3007

OLD PLANK TRAIL COMMUNITY BANK, N.A.
3256 RIDGE ROAD
LANSING, IL 60438

PETE KARAGAN
1930 CHERRYWOOD CT
MUNSTER, IN 46321

S&S INDUSTRIAL SUPPLY
9040 MURPHY RD
WOODRIDGE, IL 60517

SANDRA MILLER
7441 WINCHESTER LANE
SCHERERVILLE, IN 46375

SCALE SPACE BUILDING
58 WOOD LN
LONDON W12 7RZ, UNITED KINGDOM

SMALL BUSINESS ADMINISTRATION
P.O. BOX 740192
ATLANTA, GA 30374

```
SUNRISE CREDIT SERVICES
P.O. BOX 9100
FARMINGDALE, NY 11735


TOWN OF SAINT JOHN WATER
10955 W 93RD AVE
SAINT JOHN, IN 46373


US BANK
P.O. BOX 790084
SAINT LOUIS, MO 63179-0084


US BANK
PO BOX 2963
PORTLAND, OR 97208-2963


WHITNEY MILLER
651 HILLBRICH COURT
DYER, IN 46311


WINTRUST FINANCIAL CORPORATION
WILLIAM J KNAPIK
9700 W. HIGGINS RD
STE 650
DES PLAINES, IL 60018
```

## United States Bankruptcy Court
### Northern District of Indiana

In re **Hands On Premium Car Wash, LLC**　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hands On Premium Car Wash, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Douglas Miller**
**651 Hillbrich Court**
**Dyer, IN 46311**

**Edward Miller**
**1922 Robin Drive**

**Munster, IN 46321**

☐ None [*Check if applicable*]

**February 18, 2025**　　　　　　　　　　　　　　_(signature)_
Date　　　　　　　　　　　　　　　　　　　　　　**Daniel L. Freeland**
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for **Hands On Premium Car Wash, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　Daniel L. Freeland & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　9105 Indianapolis Boulevard
　　　　　　　　　　　　　　　　　　　　　　　　Highland, IN 46322
　　　　　　　　　　　　　　　　　　　　　　　　219.922.0800 Fax:219.922.1261
　　　　　　　　　　　　　　　　　　　　　　　　Dlf9601@aol.com